# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Rongzhen Xuan, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-01448 |
| | ) | |
| v. | ) | |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | |
| Defendants. | ) | |

**Schedule A (Sealed)**